```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 06976
   MICHAEL P MICHALSKI
   STACY ANN MICHALSKI                     CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
         Debtor
    SSN XXX-XX-5112    SSN XXX-XX-4373

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/18/07 and confirmed on 06/11/07.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  12978.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
GMAC RESCAP LLC            CURRENT MORTG         .00           .00           .00
GMAC RESCAP LLC            MORTGAGE ARRE    4275.16            .00       4275.16
HSBC MORTGAGE SERVICES     SECURED               .00           .00           .00
HSBC MORTGAGE SERVICES     MORTGAGE ARRE    6778.92            .00       6778.92
SHERMAN HOSPITAL           UNSECURED        NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED             .00           .00           .00
        Summary of disbursements:
--------------------------------------------------------------------------
                   SECURED    PRIORITY    UNSECURED      OTHER        TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED 11054.08      .00         .00          .00       11054.08
PRINCIPAL PAID     11054.08      .00         .00          .00       11054.08
INTEREST PAID           .00      .00         .00          .00            .00
TOTAL PAID         11054.08      .00         .00          .00       11054.08
The Debtor's attorney, COSTELLO & COSTELLO          , was allowed $   3777.75
and was paid $   2526.00  direct and $   1251.75  through the plan.

The Trustee received $    593.69 .

Refunds to the Debtor totaled $     78.48 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 02/11/09                  /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 07 B 06976 MICHAEL P MICHALSKI & STACY ANN MICHALSKI
```